```
ROBERT C. BONNER
United States Attorney
FREDERICK M. BROSIO, JR.
Assistant United States Attorney
Chief, Civil Division
HUGH W. BLANCHARD
Assistant United States Attorney
  United States Court House
  312 North Spring Street
  Los Angeles, California  90012
  Telephone:  (213) 894-7155

Attorneys for Plaintiff
```

FILED DEC 9 1987
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
DEC 9 1987
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　　vs.<br><br>KENNETH M. SCHOW,<br><br>　　　　Defendant(s). | No. CV 87A 62860<br><br>JUDGMENT |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from said defendant(s) in the sum of $ 8,672.00 as principal, $10,470.21 as prejudgment accrued interest and $ 26.84 as costs for a total amount of $ 19,169.05 .

Judgment to accrue interest at _____ % per annum until paid.

DATED: This 9th day of December , 19 87 .

　　　　　　　　　　　　LEONARD BROSNAN, Clerk
　　　　　　　　　　　　U.S. District Court
　　　　　　　　　　　　Central District of California

　　　　　　By: _____**LINDA CHAI**_____
　　　　　　　　　　　　Deputy Clerk

HWB: